# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D2025-0114
_____

DAVID FARNAM,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Tiffany M. Baker-Carper, Judge.

August 13, 2025

PER CURIAM.

AFFIRMED. *See Wainwright v. State*, 50 Fla. L. Weekly S108, S109, 2025 WL 1561151, *5 (Fla. Jun. 3, 2025) (stating that the holding in *Erlinger v. United States*, 602 U.S. 821 (2024), "does not apply retroactively").

BILBREY, KELSEY, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


David Farnam, pro se, Appellant.

James Uthmeier, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.